IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAULA HUMPHRIES
on behalf of E.H.                                                           PLAINTIFF

V.                               NO. 10-5115

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration            DEFENDANT

**O R D E R**

On this 23rd day of May, 2012, comes on for consideration United States Magistrate Judge Erin L. Setser's Report and Recommendation dated March 23, 2012, regarding the request for attorney's fees filed by plaintiff's counsel.

For the reasons set forth in the Report and Recommendation, the Court hereby orders that plaintiff's counsel is entitled to compensation under the EAJA for 13.1 hours at an hourly rate of $150.00 for work performed in 2010, 2011, and 2012, for a total attorney's fee award of $1,965.00. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

IT IS SO ORDERED.

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE